151 A.3d 969

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JAMES A. POPE, DEFENDANT-PETITIONER.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002151-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.